UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:24-cv-09248 MCS (ADS)    Date: January 23, 2025

Title: *Sandra Gallardo v. Martin O'Malley*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):  Attorney(s) Present for Respondent(s):
None Present                                        None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 28, 2024, Plaintiff Sandra Gallardo filed a social security complaint pursuant to 42 U.S.C. § 405(g). (Dkt. No. 1.) On November 1, 2024, the Court issued the Standing Order for this case, which states that "[t]he Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) shall govern this action." (Dkt. No. 7 at 1.) Rule 6 of the Supplemental Rules states that "[t]he plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later." On December 20, 2024, Defendant Martin O'Malley filed the Answer, making Plaintiff's opening brief due January 19, 2025. (Dkt. No. 11.) As of the date of this Order, Plaintiff has not filed a brief for the requested relief or otherwise communicated with the Court.

If Plaintiff wishes to proceed with this lawsuit, she must either file and serve a brief as required by Rule 6 or show cause why she is unable to do so **by no later than January 30, 2025**.

**Plaintiff is expressly warned that her failure to timely respond to this Order as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh