UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA G.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 2:24-09248 MCS (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's opening brief (Dkt. No. 13), Defendant's response brief (Dkt. No. 16), the Report and Recommendation of United State Magistrate Judge (Dkt. No. 18), and Plaintiff's Objection to the Report and Recommendation (Dkt. No. 19). The Court has engaged in de novo review of those portions of the Report and Recommendation to which objections were filed. The Court overrules the objections and accepts the findings and recommendations of the Magistrate Judge.

/ / /

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 18) is accepted;

2. The decision of the Commissioner denying benefits is affirmed;

3. This case is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: December 3, 2025

_____
THE HONORABLE MARK C. SCARSI
United States District Judge