JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SANDRA G., | Case No. 2:24-09248 MCS (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this case is dismissed with prejudice.

DATED: December 3, 2025

*/s/ Mark C. Scarsi*

THE HONORABLE MARK C. SCARSI
United States District Judge